Arguelles, M.D., P.C. v Omni Indem. Co. (2021 NY Slip Op 50633(U))

[*1]

Arguelles, M.D., P.C. v Omni Indem. Co.

2021 NY Slip Op 50633(U) [72 Misc 3d 130(A)]

Decided on July 2, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on July 2, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2018-1632 K C

Arguelles, M.D., P.C., as Assignee of
Cassandra Morency, Respondent, 
against
Omni Indemnity Company, Appellant. 

Freiberg, Peck & Kang, LLP (Yilo J. Kang of counsel), for appellant.
The Rybak Firm, PLLC (Oleg Rybak, Esq.), for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Cenceria P.
Edwards, J.), entered June 28, 2018. The order, insofar as appealed from, denied defendant's
motion to dismiss the complaint.

ORDERED the order, insofar as appealed from, is reversed, with $30 costs, and defendant's
motion to dismiss the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from so much of an order of the Civil Court as denied defendant's motion to dismiss the
complaint.
For the reasons stated in Daily Med. Equip. Distrib. Ctr., Inc., as Assignee of Balderrna,
David v American Ind. Ins. Co. (___ Misc 3d ___, 2021 NY Slip Op ______ [appeal No.
2019-341 K C], decided herewith), the order, insofar as appealed from, is reversed and
defendant's motion to dismiss the complaint is granted.
We reach no other issue.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 2, 2021